ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/19/2015 3:46:30 PM
KEITH HOTTLE
CLERK

NO. 04-14-00906-CV

IN THE FOURTH COURT OF APPEALS
at SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/19/2015 3:46:30 PM
KEITH E. HOTTLE
Clerk
VOID

**DAVID MAUK**

**Appellant**

**v.**

**PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/20/2015 12:51:00 PM
KEITH E. HOTTLE
Clerk

**Appellees**

**Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court; Bexar County, Texas**

**RESPONSE TO MOTION TO STAY TRIAL COURT PROCEEDINGS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiffs and Respondents, PC DRILLING AND SERVICE, LLC d/b/a PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL, and present this, their Response to Defendant and Relator DAVID MAUK's Motion to Stay Trial Court Proceedings and would show the following:

1.      On January 9, 2013, Plaintiffs filed their Original Petition against DAVID MAUK in his individual capacity for certain defamatory statements made by him outside the course and scope of his employment as General Manager for the Bandera County River Authority and Groundwater District.  Shortly thereafter, Defendant filed his first Motion to Dismiss, alleging

1  - Response to Motion to Stay Trial Court Proceedings

the trial Court did not have jurisdiction pursuant to Texas Civil Practice and Remedies Code §101.106(f). On or about April 22, 2013, after examining the pleadings and hearing the arguments of counsel, the Honorable Judge Cathleen Stryker denied Defendant's Motion without prejudice. More than a year later, on October 8, 2014, Defendant filed a second Amended Motion to Dismiss for Lack of Jurisdiction again alleging the trial Court did not have jurisdiction pursuant to Texas Civil Practice and Remedies Code §101.106(f). On or about December 8, 2014, after examining the pleadings and hearing the arguments of counsel, Defendant's Second Motion to Dismiss was denied by the Honorable Richard Price.

2. On December 22, 2014, Defendant filed its Notice of Interlocutory Appeal. On December 29, 2014, Plaintiffs filed a Motion for Mediation. Plaintiffs' Motion was heard by the Honorable Antonia Arteaga on January 14, 2014, and after hearing the arguments of counsel, Judge Arteaga order the parties to mediate this case with mediator, Joseph Casseb, the first week of March, 2015. Defendant and Relator now seek a stay of that mediation from this Honorable Court.

3. This State has a strong policy favoring the use of alternative dispute resolution. It is Plaintiffs' desire to mediate this case in March and attempt to reach an amicable settlement with the Defendant. This matter has been pending for more than two years. Discovery is substantially complete and the question of the trial Court's jurisdiction has been twice examined and on both occasions, affirmed. This case is ripe for mediation and there is a reasonable probability of settlement.

4. Texas Civil Practice and Remedies Code § 51.014(b) does not prohibit the trial court from retaining jurisdiction or provide for an automatic stay of the trial court proceedings as

2  - Response to Motion to Stay Trial Court Proceedings

alleged by Defendant and Relator. Tex. Civ. Prac. & Rem. Code § 51.014 (Vernon 2014). Texas Civil Practice and Remedies Code §51.014(a) clearly enumerates twelve specific types of interlocutory appeals which are entitled to an automatic stay of trial or all trial court proceedings under § 51.014(b). *Id.* at § 51.014(a). Section 51.014(a)(8), the provision relied upon by DAVID MAUK, provides for a stay upon an the interlocutory appeal from an order granting or denying of plea to the jurisdiction filed by a "governmental unit" as that term is defined by § 101.001. *Id.* at § 51.014(a)(8). Because DAVID MAUK is not a "governmental unit" as defined by § 101.001, he is not statutorily entitled to an automatic stay of all trial court proceedings. *Id.* at § 101.001. Any stay of the mediation or other trial court proceedings would be at the discretion of this Honorable Court.

**WHEREFORE, PREMISES CONSIDERED,** PC DRILLING AND SERVICE, LLC d/b/a/ PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL pray that the Court deny Relator DAVID MAUK's Motion to Stay Trial Court Proceedings and allow this case to proceed to mediation as ordered.

Respectfully submitted,

Law Offices of Keith P. Miller, P.C.
Independence Plaza II
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982
    */s/ Megan Kucera*
By:_____
KEITH P. MILLER
State Bar No. 14093725
MEGAN H. KUCERA
State Bar No. 24076449
Attorneys for Plaintiffs

3 - Response to Motion to Stay Trial Court Proceedings

**CERTIFICATE OF SERVICE**

I hereby certify by my signature below that a true and correct copy of the foregoing has been served by:

___ Certified Mail Return Receipt Requested
___ First Class Mail
_X_ Telecopier  and/or
___ Hand-delivery
___ EService

To the following:

William M. McKamie
Adolfo Ruiz
McKamie Kruger, LLP
941 Proton Road
San Antonio, Texas 78258
Telecopier: (210) 546-2130
adolfo@mckamiekrueger.com

On the 19th day of January, 2015.

*/s/ Megan Kucera*

_____

Megan H. Kucera